# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

SKYLAR JOSEPH HETZLER,

    Plaintiff,

v.                                       Case No: 5:20-cv-135-GKS-PRL

ANDREW M. SAUL,
COMMISSIONER OF THE
SOCIAL SECURITY
ADMINISTRATION,

    Defendant.

## ORDER

THIS CAUSE concerns Plaintiff Skylar Joseph Hetzler's appeal[1] from a final decision[2] of the Commissioner of the Social Security Administration (the Commissioner) denying his applications for Disability Insurance Benefits (DIB) and Supplemental Security Income (SSI).[3] On May 24, 2021, the United States Magistrate Judge issued a Report and Recommendation (Report and Recommendation) recommending that the Administrative Law Judge's (ALJ) decision be affirmed (Doc. 19). Thereafter, Plaintiff Hetzler filed Objections to the Report and Recommendation and Request for Oral Argument, (Doc. 20), and the

---

[1] Complaint filed April 2, 2020. (Doc. 1).
[2] Decision, March 5, 2019. (Doc. 15-2). Subsequently, on February 5, 2020, the Appeals Council denied Plaintiff's request for a review of the ALJ's decision.
[3] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 15.)

Commissioner filed a Response to the Objections (Doc. 21) seeking affirmance of the Report and Recommendation and denial of the Request for Oral Argument.

The ALJ's findings are supported by substantial evidence, and the ALJ applied the proper legal analysis to Plaintiff's disability claims. After *de novo* review of the portions of the Report and Recommendation (Doc. 19) to which Plaintiff objects, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Request for Oral Argument, (Doc. 20), is **DENIED**.

2. United States Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. 19) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

3. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g).

4. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this 23 day of June, 2021.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties

2